UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNIE M. HESTER,

        Plaintiff,                              Case No. 12-mc-51438

                                                Paul D. Borman
v.                                                United States District Judge

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER DENYING PERMISSION TO FILE COMPLAINT

By Order entered on September 2, 2009, United States District Judge Thomas L. Ludington enjoined Plaintiff Annie M. Hester from filing any new complaints in this District against the Commissioner of Social Security without first obtaining the Court's approval. *Hester v. Commissioner of Social Security*, No. 08-14575 (E.D. Mich. Sept. 9, 2009) (ECF No. 15, Order Adopting Report and Recommendation and Barring Plaintiff From Filing any Further Lawsuits).

On August 29, 2012, United States District Judge Gerald E. Rosen denied Plaintiff permission to file yet another Complaint against the Commissioner of Social Security, noting Judge Ludington's Order and the fact that "the courts of this District have determined in Plaintiff's prior suits that they lack subject matter jurisdiction over the claims that Plaintiff seeks to pursue against the Commissioner, and that Plaintiff's attempts to relitigate these claims also are barred by *res judicata*." *Hester v. Commissioner of Social Security*, No. 12-mc-51140 (E.D. Mich. August 29,

1

2012) (ECF No. 4, Order Denying Permission to File Complaint).

Plaintiff's Complaint filed in the instant action is yet another attempt to relitigate her claims against the Commissioner of Social Security. As Judge Rosen observed in dismissing Plaintiff's Complaint just two months ago in this Court, "it is evident that Plaintiff is dissatisfied with the outcome of these earlier suits and proceedings, [but] this does not provide a basis for bringing a new suit in which Plaintiff would seek to relitigate these now-settled matters." *Id.* 2.

Accordingly, the Court DENIES Plaintiff's October 24, 2012 request for permission to file a Complaint against the Commissioner of Social Security.

IT IS SO ORDERED.

Paul D. Borman
United States District Judge

Dated: 11-8-12